```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK           X
---------------------------------------X
IN RE                                              CASE NO.   14-71635
HERMAN MILLER


                                                        Amended
                                                   CHAPTER 13 PLAN
                    Debtor(s).
---------------------------------------X
```

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a period of <u>60</u> months, the sum of:

* $150.00 commencing MAY, 2014 through and including AUG, 2014 and
  $375 commencing SEPT, 2014 through and including  AUG, 2015 and
  $600 commencing SEPT, 2015 through and including NOV, 2015 and
  $717 commencing DEC, 2015  through and including JULY, 2017 and
  $931 commencing AUG, 2017  through and including OCT, 2017  and
  $1,161 commencing NOV, 2017 through and including MAY, 2018 and
  $1,368 commencing JUNE, 2018 through and including APRIL, 2019, the last month of the plan.

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 including Jacoby & Jacoby in the amount of $2600
   (b) Holder of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

ALL POST-PETITION PAYMENTS INCLUDING BUT NOT LIMITED TO MORTGAGE, REAL ESTATE TAXES, INCOME TAXES, COMMON CHARGES AND AUTO PAYMENTS TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).


BAYVIEW LOAN(ACCT 4449 1ST MORTGAGE ON 8 SINGINGWOOD DR., HOLBROOK, NY) TO BE PAID $16,733.40 IN ARREARS.


SANTANDER(ACCT 1000 AUTO LOAN ON 2012 JEEP LIBERTY) IS CURRENT AND TO BE PAID OUTSIDE PLAN.



   (c) Subsequent and/or concurrently with the distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:
Pro rata distribution to all timely filed proofs of claims not less than100%
3. The following executory contracts and/or leases of the debtor are rejected:             **NONE**
   Title to the debtor(s) property shall revest in the debtor upon completion of the plan or dismissal of the case, unless otherwise provided in the Order confirming this plan
   Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.


Dated: 7/10/2014                                    <u>/S HERMAN MILLER</u>

/s Richard Jacoby
Richard A. Jacoby, Esq.
Attorney for Debtor(s)